UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:                                CASE NO. 16-52849 G
                                      CHAPTER 13
JASON V. KELLER
                                      JUDGE CRAIG A. GARGOTTA

         DEBTOR                       **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Mary K. Viegelahn files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** US BANK TRUST NA AS TRUSTEE OF BUNGALOW SERIES F TRUST

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 2 | 7365 | $15,505.93 | $15,505.93 | $15,505.93 |
| Total Amount Paid by Trustee | | | | $15,505.93 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 16-52849 G

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 20th day of September, 2021.

JASON V. KELLER
210 DENTON DR.
SAN ANTONIO, TX 78213

VANHEMELRIJCK LAW OFFICES PC
2001 NW Military Hwy
Castle Hills, TX 78213

US BANK TRUST NA AS TRUSTEE OF
BUNGALOW SERIES F TRUST
C/O BSI FINANCIAL SERVICES
P O BOX 679002
DALLAS, TX 75267-9002

Wells Fargo Home Mortgage
PO Box 10335
Des Moines, IA 50306

US BANK TRUST NA, TRUSTEE OF
THE IGLOO SERIES III TRUST
C/O BSI FINANCIAL SERVICES
1425 GREENWAY DRIVE, STE 400
IRVING, TX 75038

WELLS FARGO BANK NA
1000 BLUE GENTIAN ROAD
DEFAULT DOCUMENT PROCESSING
N9286-01Y
EAGAN, MN 55121

GHIDOTTI
 BERGER, LLP
c/o Chase A. Berger, Esq.
600 East John Carpenter Freeway
Irving, TX 75062

United States Trustee

Date: 9/20/2021

/s/ Mary K. Viegelahn
Mary K. Viegelahn
Chapter 13 Trustee
10500 Heritage Blvd, Ste. 201
San Antonio, TX 78216